*CONCORD SPEC. SCH. DIST. (BD. OF ED.) V. BLUE ASH SPEC. SCH. DIST. (BD. OF ED.)

**Measurement of Distance Pupils Must Travel to School.**

In assigning pupils to the public school nearest to their residence, the distance should be measured by the most direct path from the schoolhouse door to the middle of the highway and thence to the said residence.

ERROR to common pleas.

*H. H. Hosbrook,* for plaintiff in error:

Cited and commented upon by the following authorities: *Board of Education* v. *Board of Education,* 58 Ohio St. 390 [50 N. E. Rep. 812]; 8 Am. & Eng. Enc. Law (2 ed.) 528; *Cooper* v. *Van Wert Co. (Comrs.)* 16 Dec. 638 (4 N. S. 185); *Gcase* v. *Carlisle,* 15 Dec. 435; 26 Am. & Eng. Enc. Law (2 ed.) 672; *Currier* v. *Railway,* 11 Ohio St. 228.

*Chas. W. Hoffman,* for defendant in error.

**JONES, J.**

In determining the distance a pupil of a public school must travel under Gen. Code 7735, the measurement should be made.

---

*Affirmed, no op., 87 O. S. 139.

from the door of the schoolhouse along the center of the most direct public highway to the nearest point of the curtilage of the pupil's residence, including in said measurement the distances from the schoolhouse door and said point in the curtilage, respectively, by the most direct walk, lane, or path to the center of the highway.

It appears from the agreed statement of facts that the distance so measured in this case is more than one and one-half miles and the judgment below is, therefore, affirmed.

**Smith** and **Swing, JJ.,** concur.